Fred Demas, an Infant, by James Demas, His Guardian ad Litem, Appellant, v. Oswego Falls Pulp and Paper Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Giovanni Banchetti, as Administrator, etc., of Carmine Buciarelli, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William J. Conners, Respondent, v. Robert J. Collier, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concurred.

Irving W. Street, Respondent, v. Eugene Van Schaick, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elizabeth Hoard, Respondent, v. Charles N. Kelly and Others, Appellants.— Motion for reargument denied, with ten dollars costs.

The Palmer Lumber Company, Appellant, v. Kittie Stern, Respondent, Impleaded with Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Henry W. Hodge, Respondent, v. Eldred Watts, Appellant.— Motion granted, and appeal dismissed, with costs, including ten dollars costs of this motion.

Mary Buckley, Appellant, v. Pearl A. Buckley, an Infant, etc., and Others, Respondents.— Appeal dismissed, without costs, on stipulation filed.

The People of the State of New York ex rel. Rocco Perretta, Appellant, v. Fred G. Reusswig, as Comptroller of the City of Utica, Respondent.— Order affirmed, with costs. All concurred.

National League of Commission Merchants of the United States, Appellant, v. George Hornung, Respondent.— Order modified by inserting therein after the words "in aid of said examination," the following: "not for the inspection of the adverse party, but only for the use of the witnesses upon the examination, in case they shall need their assistance to refresh their memory," and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

Edgar P. Reed, Respondent, v. James S. Watson and Others, Appellants, and Thirty-three Other Separate Actions Brought by Different Plaintiffs against the Same Defendants.— Order modified by striking therefrom the provision for motion costs to abide event, and as so modified affirmed, without costs of this appeal to any party. All concurred.

Frank Ulmer, Respondent, v. American Locomotive Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Buffalo, Lockport and Rochester Railway Company, Respondent, v. John B. Hoyer and Others, Appellants.— Passed twice and dismissed under rule 39.*

Alexander Watson, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Passed twice and dismissed under rule 39.*

American Felt Company, Appellant, v. John M. Richards, as Sheriff of Herkimer County, Respondent.— Appeal dismissed, without costs, on stipulation filed.

---

* General Rules of Practice, rule 39.— [REP.